NOT YET SCHEDULED FOR ORAL ARGUMENT
APPEAL NO.: 23-3065

_____

IN THE UNITED STATES COURT OF APPEALS
for the DISTRICT OF COLUMBIA CIRCUIT
_____

UNITED STATES OF AMERICA,
APPELLEE

v.

JOSHUA HAYNES,
APPELLANT

_____

*On Appeal From the United States District Court for the District of Columbia (Crim No. __21-594_____)
The Honorable Tanya S. Chutkan*

MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to the Sixth Amendment to the United States Constitution, Appellant seeks appointment of counsel for purposes of pursuing this appeal. In support of this Motion, Appellant sets forth as follows:

1. Appellant is indigent and was deemed eligible for appointed counsel in the United States District Court.

2. Appellant is incarcerated and continues to be indigent.

3. Appellant has a meritorious claim to be pursued before this Court.

WHEREFORE, the foregoing considered, Appellant prays this Honorable Court for appointment of counsel in this appeal.

Respectfully submitted,

_____/s/_____
Steven R. Kiersh #323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
(202) 347-0200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served, via the Court's electronic filing system, upon all counsel of record on this the 25th day of May, 2023.

_____/s/_____
Steven R. Kiersh

## CERTIFICATE OF COMPLIANCE WITH TYPEFACE
## AND WORD-COUNT LIMITATIONS

I, Steven R. Kiersh, counsel for appellant and a member of the Bar of this Court, certify, pursuant to Federal Rule of Appellate Procedure 32 (g)(1), that the Motion for Appointment of Counsel filed on this date is proportionately spaced, and has a typeface of 14 points or more, and contains 271 words.

May 25, 2023.

_____/s/_____
Steven R. Kiersh