# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CRIMINAL DOCKETING STATEMENT
(To be completed by appellant)

1. Appellate Case Number: 23-3065    1a. Criminal Action Number: 21-594(TSC)
2. Case Name: UNited States v. Joshua Haynes
3. Appellant's Name: Joshua Haynes
   - 3a. Appellant's Defendant No.: 1    3b. Appellant's Fed. Reg/PDID No. 53264-509
4. Date of conviction 10/28/22    4a. Date of sentence 2/22/23; 4/26/2
5. Name of District Court Judge: Hoinaaofrbale Tanya Chutkan
6. Date of Notice of Appeal Filed: 5/5/23
7. Offense(s) of conviction: Obstriuction of official proceeding 18 U.S.C. 1512
8. Did appellant plead guilty? ● Yes ○ No
9. What sentence was imposed? 32 months incarceration; 36 months supervised release; restitution $2,0
10. How much of the sentence has appellant served? three months
11. Is appellant challenging the conviction? ○ Yes ● No
12. Is appellant challenging the sentence? ● Yes ○ No
13. Has appellant filed a post-conviction motion? ○ Yes ● No
    - If yes, what motion, date filed, and disposition:
14. Is appellant incarcerated? ● Yes ○ No
    - If yes, where: Hazelton USP
    - If no, address: _____ Phone ( ) _____
15. Has appellant moved for release pending appeal in District Court? ○ Yes ● No
    - If yes, date filed _____ Disposition: _____
    - If no, does defendant intend to file such a motion in the District Court? ○ Yes ● No
16. Will appellant file a motion for release pending appeal in court of appeals? ○ Yes ● No
17. Did appellant have court-appointed counsel in District Court? ● Yes ○ No
18. Does counsel appointed in District Court wish to continue on appeal? ● Yes ○ No
19. Did defendant have retained counsel in district court? ○ Yes ● No
    - If yes, will case proceed on appeal with retained counsel? ● Yes ○ No
    - If no, will appellant seek appointment of counsel on appeal? ○ Yes ○ No
    - If no, has a motion to proceed in forma pauperis been filed? ○ Yes ● No
20. Has counsel ordered transcripts? ○ Yes ● No
21. If yes, from what proceedings: _____
22. If yes, when will transcripts be completed? not yet known
23. Did counsel seek expedited preparation of sentencing transcripts? ○ Yes ● No

Signature: [signed] STEVEN R. KIERSH    Date: 5/25/23
Name of Party: JOSHUA HAYNES-APPELLANT    STEVEN R. KIERSH - COUNSEL
Firm Address: 5335 WISCONSIN AVENUE NW #440 WASHINGTON DC 20015
Phone (202) 347-0200    Fax (202) 686-2866

Note: In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence. If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USCA Form 43
August 2009 (REVISED)